# United States Court of Appeals for the Federal Circuit

---

April 11, 2018

**ERRATA**

---

Appeal No. 2018-1275

**IRA PAZANDEH,**

*Plaintiff-Appellant*

**v.**

**YAMAHA CORPORATION OF AMERICA,**

*Defendant-Appellee*

Decided: April 6, 2018
Nonprecedential Opinion

---

Please make the following changes:

Page 3, lines 32 and 33, replace "emphasis" with "emphases."

Page 4, line 5, omit "[JA 144-170]."

Page 4, line 14, omit "[JA-82-91]."

Page 5, line 15, replace "attorneys'" with "attorney."

Page 5, line 16, omit "[JA33]."

Page 7, line 20, replace "'265 patent col." with "'265 patent, col."

Page 8, line 33, after "J.A. 223-24" add "(emphasis added)."

Page 11, line 3-4, replace "attorneys'" with "attorney."